UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

**CLICK-TO-CALL TECH. LP**
Patent Owner/Appellant

v.

**ORACLE CORP.; ORACLE OTC SUBSIDIARY LLC; INGENIO, INC.; and YELLOWPAGES.COM LLC**
Petitioners/Appellees

**Proceeding No: IPR2013-00312**

## NOTICE FORWARDING CERTIFIED LIST

A Notice of Appeal to the United States Court of Appeals for the Federal Circuit was timely filed November 25, 2014, in the United States Patent and Trademark Office in connection with the above identified *Inter Partes Review* proceeding. Pursuant to 35 U.S.C. § 143 a Certified List is this day being forwarded to the Federal Circuit.

Respectfully submitted,

Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office

Date: January 7, 2015    By: /Natasha Russ/
Natasha Russ
Paralegal
Mail Stop 8
P.O. Box 1450
Alexandria, VA 22313-1450
571-272-9035

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served on Appellant and Appellees this 7th day of January, 2015, as follows:

Peter J. Ayers
Peter@leehayes.com

James M. Heintz
Oracle-IPRP@dlapiper.com

Mitchell G. Stockwell
mstockwell@kilpatricktownsend.com

Craig J. Yudell
yudell@yudellisidore.com


By: *Natasha Russ*
Natasha Russ
Paralegal
Mail Stop 8
P.O. Box 1450
Alexandria, VA 22313-1450
571-272-9035

**U.S. DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**

January 7, 2015
(Date)

**THIS IS TO CERTIFY** that the attached document is a list of the papers that comprise the record before the Patent Trial and Appeal Board (PTAB) for the *Inter Partes Review* proceeding identified below.

**ORACLE CORP.; ORACLE OTC SUBSIDIARY LLC; INGENIO, INC.; and YELLOWPAGES.COM LLC**
Petitioners
v.

**CLICK-TO-CALL TECH. LP**
Patent Owner

Case: IPR2013-00312
Patent 5,818,836

By authority of the

**DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE**



Natasha M. Russ
*Certifying Officer*

**Prosecution History IPR2013-00312**

| | |
|---|---|
| 5/28/2013 | Petition for Inter Partes Review |
| 5/28/2013 | Petitioner's Power of Attorney |
| 5/28/2013 | Petitioner's Power of Attorney |
| 5/31/2013 | Notice of Filing Date Accorded |
| 6/25/2013 | Patent Owner's Mandatory Notices |
| 8/19/2013 | Petitioner's Motion to Authorize Withdrawal of Counsel and Appointment of New Power of Attorney |
| 8/21/2013 | Order - Conduct of the Proceeding |
| 8/23/2013 | Petitioner's Power of Attorney |
| 8/23/2013 | Petitioner's Notice of Change of Backup Counsel for Petitioner |
| 8/23/2013 | Agreement Regarding Discovery |
| 8/30/2013 | Patent Owner's Preliminary Response to Petition for Inter Partes Review |
| 9/11/2013 | Request for Authorization to File a Motion to Appear Pro Hac Vice |
| 9/13/2013 | Order - Conduct of the Proceeding |
| 9/17/2013 | Petitioner's Brief |
| 9/19/2013 | Pro Hac Vice Motion for Mr. Fowler |
| 9/19/2013 | Pro Hac Vice Motion for Mr. Hicks |
| 9/23/2013 | Patent Owner's Brief |
| 10/2/2013 | Motion For Pro Hac Vice Admission - Mark Fowler |
| 10/2/2013 | Motion For Pro Hac Vice Admission - Jonathan Hicks |
| 10/4/2013 | Decision - Petitioner's Motion for Pro Hac Vice - Mark Fowler |
| 10/4/2013 | Decision - Petitioner's Motion for Pro Hac Vice Admission - Jonathan Hicks |
| 10/30/2013 | Decision - Institution of Inter Partes Review |
| 10/30/2013 | Scheduling Order |
| 11/5/2013 | Patent Owner's Motion To Appoint a New Power of Attorney and Designate a New Lead Counsel and Back-Up Counsel |
| 11/5/2013 | Order - Conduct of the Proceeding |
| 11/7/2013 | Decision - Patent Owner's Motion to Withdraw Counsel |
| 11/8/2013 | Notice of Change of Counsel |
| 11/8/2013 | Patent Owner's Power of Attorney |
| 11/8/2013 | Patent Owner's Initial Disclosures |
| 11/12/2013 | Petitioner's Mandatory Initial Disclosures |
| 11/12/2013 | Petitioners' Proposed Motions |
| 11/12/2013 | Patent Owner's List of Proposed Motions |
| 11/13/2013 | Petitioner's Request for Rehearing |
| 11/13/2013 | Patent Owner's Request for Rehearing |
| 11/18/2013 | Order - Conduct of the Proceeding |
| 12/18/2013 | Decision - Petitioner's Request for Rehearing |
| 12/18/2013 | Decision - Patent Owner's Request for Rehearing |
| 1/16/2014 | Patent Owner's Response |

| 3/27/2014 | Order - Conduct of the Proceeding |
| --- | --- |
| 4/2/2014 | Petitioner's Reply to Patent Owner's Response |
| 4/2/2014 | Petitioner's Exhibit List |
| 4/10/2014 | Order - Conduct of the Proceeding |
| 5/19/2014 | Patent Owner's Request for Oral Argument |
| 5/23/2014 | Petitioner's Request for Oral Argument |
| 5/30/2014 | Order - Oral Argument |
| 6/17/2014 | Petitioner's Updated Mandatory Notice |
| 6/25/2014 | Order - Conduct of the Proceeding |
| 9/12/2014 | Record of Oral Hearing |
| 10/28/2014 | Final Written Decision |