**FORM 9. Certificate of Interest**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CLICK-TO-CALL TECHNOLOGIES LP v. ORACLE CORPORATION, ET AL.

No. 15-1242

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellant, Click-to-Call Technologies LP certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Click-to-Call Technologies LP

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Click-to-Call Technologies LP

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Peter J. Ayers, Reid Johnson, Lee & Hayes, PLLC; and
Craig Yudell, Eustace P. Isidore, Yudell Isidore PLLC (f/k/a Yudell Isidore Ng Russell PLLC)

| | |
|---|---|
| 1/22/15 | /s/ Peter J. Ayers |
| Date | Signature of counsel |
| | Peter J. Ayers |
| | Printed name of counsel |

Please Note: All questions must be answered
cc: All Counsel of Record

# CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2015, I electronically filed the foregoing CERTIFICATE OF INTEREST using the Court's CM/ECF filing system, which constitutes service, pursuant to Fed. R. App. P. 25(c), Fed. Cir. R. 25(a), and the Court's Administrative Order Regarding Electronic Case Filing 6(A) (May 17, 2012):

| | |
|---|---|
| James M. Heintz<br>DLA Piper LLP (US)<br>11911 Freedom Drive, Suite 300<br>Reston, VA 20190<br>Oracle-IPRP@dlapiper.com | Mitchell G. Stockwell<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309<br>mstockwell@kilpatricktownsend.com |

                                                /s/ Peter J. Ayers
                                      Peter J. Ayers
                                      LEE & HAYES, PLLC
                                      11501 Alterra Parkway
                                      Suite 450
                                      Austin, TX 78758