NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLICK-TO-CALL TECHNOLOGIES, LP,**
*Appellant*

v.

**ORACLE CORPORATION, ORACLE OTC SUBSIDIARY, LLC, INGENIO, INC., YELLOWPAGES.COM, LLC,**
*Appellees*

---

2015-1242

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00312.

---

**ON MOTION**

---

**O R D E R**

The Director of the United States Patent and Trademark Office moves without opposition for an extension of time, until May 26, 2015, to file her principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

                                        FOR THE COURT

                                        /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                          Clerk of Court

s27