

11501 Alterra Parkway, Suite 450
Austin, TX 78758

Phone | 512.605.0252

October 19, 2015

BY ECF

Hon. Daniel E. O'Toole
Circuit Executive and Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW, Room 401
Washington, D.C. 20439

> RE: Response to Rule 28(j) Citation of Supplemental Authority in *Click-to-Call Technologies, LP v. Oracle Corp.*, Appeal No. 15-1242

Dear Mr. O'Toole:

Appellee's reliance on *Achates Reference Publishing, Inc. v. Apple Inc.*, No. 2014-1767 (Sept. 30, 2015) fails to account for *Achates*' prescription of non-statutory judicial review of the Board's *ultra vires* actions and Click-to-Call's (CTC) pending petition for mandamus relief.

This Court recognized a party's ability to obtain judicial review when the Board violates a clear statutory mandate under the *Leedom v. Kyne*[1] exception. *See Achates*, at 13. Because *Achates* held that 35 U.S.C. § 314(d) prohibits this Court from reviewing the Board's decision regarding Section 315(b), CTC is wholly deprived of a meaningful and adequate means of vindicating its statutory right to be free from *inter partes* review. *See Hanauer v. Reich,* 82 F.3d 1304, 1309 (4th Cir. 1996). Thus, review is necessary because CTC has no statutory basis for direct review of the Board's decision to permit IPR in violation of Section 315(b).

In addition, where a statute is unambiguous, this Court can review the agency's action to determine if it violated a clear statutory mandate without resort to statutory interpretation. *See e.g., Dart v. U.S.,* 848 F.2d 217, 228-231 (D.C. Cir.

---

[1] 358 U.S. 184 (1958).



1988). As discussed in CTC's briefing, Reply Br. at 11, the Board failed to adhere to the plain terms of Section 315(b), which is Congress's final expression of its intent, *Dart,* 848 F.2d at 228. In doing so, the Board violated the clear statutory mandate by instituting review where the petitioner was served with a complaint alleging infringement of the patent more than one year prior to filing its petition. This *ultra vires* action warrants non-statutory review under the *Kyne* exception.

Alternatively, CTC petitioned for mandamus relief under 28 U.S.C. § 1651, relying on *In re Cuozzo Speed Technologies, LLC,* 793 F.3d 1268 (Fed. Cir. 2015). This Court has not addressed CTC's petition, which also permits review should the Board deny non-statutory judicial review. Therefore, dismissal is not warranted because both of these avenues provide CTC judicial review.

Respectfully Submitted,

/s/ Peter J. Ayers

Peter J. Ayers



# CERTIFICATE OF SERVICE

I certify that on October 19, 2015, I caused this Response to Rule 28(j) Citation of Supplemental Authority to be filed electronically with the Clerk of this Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Mark D. Fowler
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, California 94303
(650) 833-2048

John Guaragna
DLA PIPER US LLP
401 Congress Avenue, Suite 2500
Austin, Texas 78701
(512) 457-7125

James M. Heintz
DLA PIPER US LLP
One Fountain Square
11911 Freedom Drive
Reston, Virginia 20190

Stanley J. Panikowski, III
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, California 92101
(619) 699-2700

*Counsel for Appellees Oracle Corporation and Oracle OTC Subsidiary, LLC*

Mitchell G. Stockwell
David C. Holloway
Lindsay M. Hopkins
KILPATRICK TOWNSEND &
   STOCKTON, LLP
1100 Peachtree Street, NE, Suite 2800
Atlanta, Georgia 30309
(404) 815-6500

*Counsel for Appellee
   Yellowpages.com, LLC*

Nathan K. Kelley
Mary L. Kelly
Thomas W. Krause
Scott C. Weidenfeller
U.S. PATENT AND TRADEMARK OFFICE
Office of the Solicitor
Mail Stop 8
Post Office Box 1450
Alexandria, Virginia 22313
(571) 272-9035

*Counsel for Director, United States
   Patent and Trademark Office*



By: /Peter J. Ayers/
Peter J. Ayers, Reg. No. 38,374
LEE & HAYES, PLLC
11501 Alterra Parkway, Suite 450
Austin, TX 78758
Phone: (512) 605-0252
Fax: (512) 605-0252
Peter@leehayes.com


Reid Johnson
LEE & HAYES, PLLC
601 W. Riverside Ave., Suite 1400
Spokane, Washington 99201
Phone: (509) 944-4637
Fax: (509) 323-8979
Rjohnson@leehayes.com

*COUNSEL FOR APPELLANT*
*CLICK-TO-CALL TECHNOLOGIES LP*