NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CLICK-TO-CALL TECHNOLOGIES, LP,**
*Appellant*

**v.**

**ORACLE CORPORATION, ORACLE OTC SUBSIDIARY, LLC, INGENIO, INC., YELLOWPAGES.COM, LLC,**
*Appellees*

_____

2015-1242

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00312.

_____

**SUA SPONTE**

_____

Before O'MALLEY, TARANTO, *Circuit Judges*, and STARK, *District Judge*.[*]

PER CURIAM.

# ORDER

On June 27, 2016, the Supreme Court entered an order vacating the judgment of this court and remanding the case for further consideration in light of *Cuozzo Speed Technologies, LLC v. Lee*, 579 U. S. ___ (2016).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The mandate issued on January 4, 2016 is recalled.

(2) The opinion and judgment issued on November 12, 2015 are vacated.

(3) The case is reopened.

(4) The parties are directed to file supplemental briefs, not to exceed 15 pages each, addressing the impact of the Supreme Court's decision in *Cuozzo Speed Technologies, LLC v. Lee*, 579 U. S. ___ (2016), on how the court should proceed following the remand of this case from the Supreme Court. The briefs shall be filed no later than 21 days from the date of this order.

FOR THE COURT

July 29, 2016      /s/ Peter R/ Marksteiner
Date               Peter R. Marksteiner
                       Clerk of Court

---

[*] The Honorable Leonard P. Stark, Chief Judge for the United States District Court for the District of Delaware, sitting by designation.